**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

TOBY MICHAEL GREEN
#10528                                                                                                  PLAINTIFF

v.                                      4:20-cv-01016-LPR-JJV

MICHAEL MCCORMICK,
Sheriff, Garland County, *et al.*                                                          DEFENDANTS

## ORDER

Toby Green has filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging his constitutional rights were violated at the Garland County Detention Facility. (Doc. No. 2.) The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). This case is not based on diversity jurisdiction. The relevant events occurred in Garland County, and according to the Complaint, all of the Defendants reside there. Garland County is located in the United States District Court for the Western District of Arkansas. The Court concludes the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a).

IT IS, THEREFORE, ORDERED that the Clerk is directed to immediately transfer this case to the United States District Court for the Western District of Arkansas.

DATED this 28th day of August 2020.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE